1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  WAYNE SNODGRASS, State Bar #148137
   CHRISTINE VAN AKEN, State Bar #241755
3  Deputy City Attorneys
   1 Dr. Carlton B. Goodlett Place
4  City Hall, Room 234
   San Francisco, California 94102-4682
5  Telephone:    (415) 554-4633
   Facsimile:    (415) 554-4699
6  E-Mail:       christine.van.aken@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO

8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12  DANIEL LEVIN; MARIA LEVIN; PARK        Case No. 14-cv-03352-CRB
    LANE ASSOCIATES, L.P.; THE SAN
13  FRANCISCO APARTMENT                    **DEFENDANT CITY AND COUNTY OF SAN**
    ASSOCIATION; and THE COALITION FOR     **FRANCISCO'S ADMINISTRATIVE MOTION**
14  BETTER HOUSING,                        **FOR LEAVE TO FILE SUPPLEMENTAL**
                                           **OPPOSITION TO MOTION FOR**
15          Plaintiffs,                    **TEMPORARY RESTRAINING ORDER AND**
                                           **PRELIMINARY INJUNCTION;**
16          vs.
                                           **[PROPOSED] ORDER**
17  CITY AND COUNTY OF SAN
    FRANCISCO,                             Hearing Date:   August 22, 2014
18                                         Time:           10:00 a.m.
            Defendant.                     Before:         The Honorable Charles R. Breyer
19                                                         Courtroom 6, 17th Floor

20                                         Trial Date:     None Set

21

22

23

24

25

26

27

28

Pursuant to Local Rules 7-3(d) and 7-11, Defendant City & County of San Francisco respectfully requests permission to file the supplemental material, attached as Exhibit A to the accompanying Declaration of Christine Van Aken, in opposition to Plaintiffs' motion for a temporary restraining order and preliminary injunction.

The reason for this request is to update the Court concerning factual developments that have occurred since the City filed its opposition brief on August 15, 2014, which are material to the motion. Specifically:  Plaintiffs sought emergency injunctive relief on an extremely short briefing schedule, with a hearing set for August 22, 2014, because Park Lane Associates, L.P. received notice that its tenants in Unit 704 intended to move on August 24, 2104 and requested their relocation assistance payment upon moveout.  The City's counsel learned on the evening of August 19, 2014 that the tenants in Unit 704 in fact moved out on August 16, 2014, but Park Lane did not pay their relocation assistance payment at that time.

On August 20, the City's counsel conferred with Plaintiffs' counsel concerning this administrative motion.  On August 21, Plaintiffs' counsel informed the City's counsel that he objects to this administrative motion.  He states that he does not mind the City's bringing the facts concerning Unit 704 to the attention of the Court but objects to the City's presentation of these facts and the suggestion that the new developments mitigate the harm faced by Plaintiffs.

Dated: August 21, 2014

DENNIS J. HERRERA
City Attorney

By:   /s/*Christine Van Aken*
CHRISTINE VAN AKEN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**[PROPOSED] ORDER**

For good cause shown, the Court hereby gives Defendant leave to file the supplemental material attached as Exhibit A to the Declaration of Christine Van Aken in opposition to Plaintiffs' motion for temporary restraining order and preliminary injunction.

Dated: _____, 2014

By:_____
      HON. CHARLES R. BREYER
      UNITED STATES DISTRICT JUDGE