IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVIN et al., | No. C14-03352 CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The Defendant is ordered to file an electronic copy of the complete legislative history of the Mitigation Ordinance, including both the 2005 legislation, San Francisco Admin. Code, Ch. 37, § 37.9A(e)(3), and the 2014 legislation, id. § 37.9A(e)(3)(E)(ii) no later than August 29, 2014.

**IT IS SO ORDERED.**

Dated: August 25, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE