DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:    (415) 554-4633
Facsimile:    (415) 554-4699
E-Mail:       christine.van.aken@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEVIN; MARIA LEVIN; PARK LANE ASSOCIATES, L.P.; THE SAN FRANCISCO APARTMENT ASSOCIATION; and THE COALITION FOR BETTER HOUSING,<br><br>      Plaintiffs,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>      Defendant.<br><br>DAVID GREENE AND ALL OTHERS SIMILARLY SITUATED,<br><br>      Defendants-Intervenors as to as-applied claims only. | Case No. 14-cv-03352-CRB (JSC)<br><br>**SAN FRANCISCO'S RESPONSE TO COURT'S ORDER TO FILE LEGISLATIVE HISTORY FOR SAN FRANCISCO ADMIN. CODE §§ 37.9A(e)(3) AND 37.9A(e)(3)(E)(II)**<br><br>Trial Date:    October 6, 2014 |

Pursuant to the Court's Order, Docket No. 32, directing Defendant City and County of San Francisco to file an electronic copy of the legislative history the Mitigation Ordinance, including Ordinance No. 21-05, enacted in and San Francisco Admin. Code § 37.9A(e)(3), and the 2014 legislation, *id*. § 37.9A(e)(3)(E)(ii), Defendant submits the following records:

1. Attached herewith as **Exhibit A** is a true and correct copy the San Francisco Board of Supervisors' File No. 140096, pertaining to Ordinance No. 54-14.

2. Attached hereto has **Exhibit B** are true and correct copies of captions of hearings concerning to San Francisco Ordinance No. 54-14.  Captions will be supplemented with transcripts when those are available.

- Exhibit B1 is a true and correct copy of the captions of the Land Use Committee Meeting held on March 17, 2014;
- Exhibit B2 is a true and correct copy of the captions of the Land Use Committee Meeting held on March 24, 2014;
- Exhibit B3 is a true and correct copy of the captions of the Land Use Committee Meeting held on April 1, 2014;
- Exhibit B4 is a true and correct copy of the captions of the Board of Supervisors Meeting held on April 8, 2014;
- Exhibit B5 is a true and correct copy of the captions of the Board of Supervisors Meeting held on April 15, 2014;
- Exhibit B6 is a true and correct copy of the captions of the Board of Supervisors Meeting held on April 22, 2014;

3. Attached hereto has **Exhibit C** is a true and correct copy of the Board of Supervisors Budget and Legislative Analyst Report dated October 30, 2013;

4. Attached hereto has **Exhibit D** is a true and correct copy of the Board of Supervisors Budget and Legislative Analyst Report dated March 17, 2014;

5. Attached herewith as **Exhibit E** is a true and correct copy the San Francisco Board of Supervisors' File No. 041151, pertaining to Ordinance No. 21-05.

6. Attached hereto as **Exhibit F** are true and correct copies of video tape records of the legislative hearings held in connection with San Francisco Board of Supervisors' File No. 041151, pertaining to Ordinance No. 21-05; and San Francisco Board of Supervisors' File No. 140096, pertaining to Ordinance No. 54-14. More specifically:

Exhibit F1, Part 1 and Part 2, are true and correct copies of DVDs containing the Land Use Committee Meeting, held on November 8, 2004;

Exhibit F2 is a true and correct copy of the DVD containing the Land Use Committee Meeting, held on December 13, 2004;

Exhibit F3, Part 1 and Part 2, are true and correct copies of DVDs containing the Full Board of Supervisors' Meeting, held on January 4, 2005;

Exhibit F4, is a true and correct copy of the DVD containing the Full Board of Supervisors' Meeting held on January 11, 2005;

Exhibit F5 is a true and correct copy of the video recording of the Land Use Committee Meeting held on March 17, 2014;

Exhibit F6 is a true and correct copy of the video recording of the Land Use Committee Meeting held on March 24, 2014;

Exhibit F7 is a true and correct copy of the video recording of the Land Use Committee Meeting held on April 1, 2014;

Exhibit F8 is a true and correct copy of the video recording of the Full Board of Supervisors' Meeting held on April 8, 2014;

Exhibit F9 is a true and correct copy of the video recording of the Full Board of Supervisors' Meeting held on April 15, 2014;

Exhibit F10 is a true and correct copy of the video recording of the Full Board of Supervisors' Meeting held on April 22, 2014;

///

Dated:  August 29, 2014

                        DENNIS J. HERRERA  
                        City Attorney  
                        WAYNE SNODGRASS  
                        CHRISTINE VAN AKEN  
                        Deputy City Attorneys

                   By:   /s/*Christine Van Aken*  
                        CHRISTINE VAN AKEN

                        Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO