1 | J. DAVID BREEMER, No. 215039
E-mail: jdb@pacificlegal.org
2 | JENNIFER F. THOMPSON, No. 280885
E-mail: jft@pacificlegal.org
3 | Pacific Legal Foundation
930 G Street
4 | Sacramento, California 95814
Telephone: (916) 419-7111
5 | Facsimile: (916) 419-7747

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL LEVIN; MARIA LEVIN; PARK LANE ASSOCIATES, L.P.; THE SAN FRANCISCO APARTMENT ASSOCIATION; and THE COALITION FOR BETTER HOUSING, | No. 3:14-CV-03352-CRB |
| | **STIPULATION TO AMICUS FILINGS** |
| Plaintiffs, | Trial Date: October 6, 2014 |
| v. | Judge: Hon. Charles R. Breyer |
| | Courtroom 6, 17th Floor |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant, | |
| and | |
| DAVID GREENE and ALL OTHERS SIMILARLY SITUATED, | |
| Intervenors. | |

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

PACIFIC LEGAL FOUNDATION
930 G Street
Sacramento, CA 95814
(916) 419-7111 FAX (916) 419-7747

Pursuant to Local Rule 7-12 and in accordance with oral instructions issued by Judge Breyer at a hearing held in this case on August 27, 2014, Plaintiffs and Defendant in this matter hereby stipulate to the filings of briefs amici curiae in this case of **15 pages** or less by **October 2, 2014**.

DATED: September 29, 2014.

 /s/ Christine Van Aken*          /s/ J. David Breemer
CHRISTINE VAN AKEN          J. DAVID BREEMER
Counsel for Defendant          Counsel for Plaintiffs

.
*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory

PURSUANT TO STIPULATION, IT SO ORDERED:

Date: September 30, 2014.  _____
CHARLES R. BREYER
U.S. District Judge

Stipulation to Amicus Filings
No. 3:14-CV-03352-CRB          - 1 -