DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
CHRISTINE VAN AKEN, State Bar #241755
Deputy City Attorneys
1 Dr. Carlton B. Goodlett Place
City Hall, Room 234
San Francisco, California 94102-4682
Telephone:     (415) 554-4633
Facsimile:      (415) 554-4699
E-Mail:          christine.van.aken@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEVIN; MARIA LEVIN; PARK LANE ASSOCIATES, L.P.; THE SAN FRANCISCO APARTMENT ASSOCIATION; and THE COALITION FOR BETTER HOUSING,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 14-cv-03352-CRB (JSC)<br><br>**STIPULATION AND ORDER ADMITTING JOINT TRIAL EXHIBITS 1 – 34**<br><br>Trial Date:     October 6, 2014 |
| DAVID GREENE AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Defendants-Intervenors as to as-applied claims only. | |

Pursuant to Local Civil Rule 6-2, the parties stipulate and seek an order of the Court admitting the following joint trial exhibits, true and correct copies of which are appended to this stipulation, for purposes of the trial on Plaintiffs' facial challenges, set for October 6, 2014:

| | |
|---|---|
| 1 | California Government Code Sections 7060-7060.7 ("Ellis Act") |
| 2 | Legislative history of the Ellis Act |
| 3 | San Francisco Administrative Code Section 37.9 |
| 4 | San Francisco Rent Board Ellis Filing Procedures |
| 5 | San Francisco Rent Board Request for Rescission of Ellis Eviction Notices |
| 6 | Board of Supervisors file for Ordinance No. 193-86 (original displaced-tenant mitigation payment legislation) |
| 7 | Board of Supervisors file for Ordinance No. 320-94 (1994 amendment to displaced-tenant mitigation payment legislation) |
| 8 | Board of Supervisors file for Ordinance No. 5-00 (2000 amendment to displaced-tenant mitigation payment legislation) |
| 9 | Board of Supervisors file for Ordinance No. 21-05 (2005 Ordinance) |
| 10 | Board of Supervisors file for Ordinance No. 54-14 (2014 Ordinance) |
| 11 | San Francisco Rent Board form: Landlord's Hardship Adjustment Request for Ellis Act Relocation Payments |
| 12 | San Francisco Rent Board form: Rent Differential Recalculation Request for Ellis Act Eviction Relocation Payments |
| 13 | San Francisco Board of Supervisors Budget and Legislative Analyst report: "Analysis of Tenant Displacement in San Francisco" |
| 14 | San Francisco Board of Supervisors Budget and Legislative Analyst report: "Analysis of Profits of Ellis Act Eviction Property Sales" |
| 15 | San Francisco Board of Supervisors Budget and Legislative Analyst report: "Analysis of Unlawful Detainer (Eviction) Lawsuits Filed in San Francisco" |
| 16 | Transcript of Excerpts of the March 17, 2014 San Francisco Board of Supervisors' Land Use Committee Meeting |
| 17 | Transcript of Excerpts of the March 24, 2014 San Francisco Board of Supervisors' Land Use Committee Meeting |
| 18 | Transcript of Excerpts of the April 1, 2014 San Francisco Full Board of Supervisors' Meeting |

| | | |
|---|---|---|
| | 19 | Transcript of Excerpts of the April 8, 2014 San Francisco Full Board of Supervisors' Meeting |
| | 20 | Transcript of Excerpts of the April 15, 2014 San Francisco Full Board of Supervisors' Meeting |
| | 21 | Transcript of Excerpts of the April 22, 2014 San Francisco Full Board of Supervisors' Meeting |
| | 22 | Levins' Notice of Termination of Tenancy and Notice of Intent to Withdraw Rental Unit, filed December 16, 2013 |
| | 23 | Levins' Memorandum of Notice Regarding Withdrawal of Rental Units from Rent or Lease, recorded January 29, 2014 |
| | 24 | Notice of Constraints on Real Property for 471-473 Lombard Street, recorded April 30, 2014 |
| | 25 | Park Lane's Notice of Intent to Withdraw Residential Units from the Rental Market, dated October 24, 2013 |
| | 26 | The City's First Notice of Constraints on Park Lane, recorded April 2, 2014 |
| | 27 | The City's Second Notice of Constraints on Park Lane, recorded April 2, 2014 |
| | 28 | Declaration of Timothy Lee, Ellis Coordinator for San Francisco Rent Board, and exhibits |
| | 29 | Declaration of Stephen L. Collier, Tenderloin Housing Clinic attorney, and exhibits |
| | 30 | Complaint in *Jacoby et. al. v. City and County of San Francisco, et. al.*, San Francisco Superior Court Case No. CGC-14-540709 |
| | 31 | City's demurrer in *Jacoby et. al. v. City and County of San Francisco, et. al.*, San Francisco Superior Court, Case No. CGC-14-540709 |
| | 32 | Petitioners' Memorandum of Points and Authorities in Support of Petition for Writ of Mandate, *Jacoby et. al. v. City and County of San Francisco, et. al.*, San Francisco Superior Court Case No. CGC-14-540709 |
| | 33 | Defendant/Respondent City & County of San Francisco's Opposition to Petition for Writ of Mandate, *Jacoby et. al. v. City and County of San Francisco, et. al.*, San Francisco Superior Court, Case No. CGC-14-540709 |
| | 34 | Declaration of Andrew Zacks |

IT IS SO STIPULATED.

Dated: September 29, 2014          By:   */s/J. David Breemer
                                         J. David Breemer
                                         Attorney for Plaintiffs

*Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

Dated: September 29, 2014        By:   s/Christine Van Aken
                                        Christine Van Aken
                                        Attorney for Defendants

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: SEPT. 30, 2014
_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



STIPULATION & [PROPOSED] ORDER        3        c:\users\espino~1\appdata\local\temp\notes1a03dd\00960193.doc
CASE NO. 14-cv-03352-CRB (JSC)