IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEVIN, ET AL., | No. 3:14-cv-03352-CRB |
| Plaintiffs, | **ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The parties are directed to appear at the bench trial on Monday, October 6 prepared to address an analysis of the challenged Ordinance as a regulatory taking.

**IT IS SO ORDERED.**

Dated: October 3, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE