CIVIL TRIAL MINUTES
NORTHERN DISTRICT OF CALIFORNIA

Date: October 6, 2014

**The Honorable CHARLES R. BREYER**

**Clerk: Tracy Lucero**

**Court Reporter: Joann Bryce**

Case No. **C-14-3352 CRB**  Case Name: **Daniel Levin et al v. City & County of S.F.**

Trial Began: **October 6, 2014**  Trial Ended: **October 6, 2014**

| **Trial Motions Heard**: | **Disposition** |

1.

2.

3.

Other:

Plaintiff introduced Exhibits 1 through 34 into record - exhibits admitted.

Court directed counsel to address 2 issues: Penn Central and Nollan/Dolan.

Defendant's supplemental brief on merits of Nollan/Dolan due by 10/10/2014.

Plaintiff's response due by 10/14/2014.

Verdict:

Disposition of Exhibits: Joint Exhibits 1-34 retained by Court.

(51 minutes)