IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEVIN, ET AL., | No. 3:14-cv-03352-CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Having filed its Memorandum of Findings of Fact and Conclusions of Law in accordance with Federal Rule of Civil Procedure 52(a)(1) on October 21, 2014, the Court hereby enters judgment for Plaintiffs and against Defendant City and County of San Francisco.  Accordingly, the Court grants declaratory relief and a permanent injunction against San Francisco Ordinance No. 54-14, S.F. Admin. Code § 37.9A(e)(3)(E), insofar as it requires the payment of the "Rental Payment Differential."  The Court stays this judgment until October 24, 2014.

**IT IS SO ORDERED.**

Dated: October 21, 2014

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE