| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney<br>WAYNE SNODGRASS, State Bar #148137<br>CHRISTINE VAN AKEN, State Bar #241755<br>Deputy City Attorneys<br>1 Dr. Carlton B. Goodlett Place<br>City Hall, Room 234<br>San Francisco, California 94102-4682<br>Telephone:     (415) 554-4633<br>Facsimile:     (415) 554-4699<br>E-Mail:         christine.van.aken@sfgov.org |
| 7<br>8 | Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEVIN; MARIA LEVIN; PARK LANE ASSOCIATES, L.P.; THE SAN FRANCISCO APARTMENT ASSOCIATION; and THE COALITION FOR BETTER HOUSING,<br><br>     Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>     Defendant. | Case No. 14-cv-03352-CRB (JSC)<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON CITY & COUNTY OF SAN FRANCISCO'S MOTION FOR INDICATIVE RULING ON RULE 60(B) MOTION FOR RELIEF FROM JUDGMENT**<br><br>Trial Date:     October 6, 2014 (facial challenges) |
| DAVID GREENE AND ALL OTHERS SIMILARLY SITUATED,<br><br>     Defendants-Intervenors as to as-applied claims only. | |

STIPULATION & [PROPOSED] ORDER
CASE NO. 14-cv-03352-CRB (JSC)

c:\users\espino~1\appdata\local\temp\notes1a03dd\01042132.doc

Pursuant to Local Civil Rule 6-2, the parties to the facial challenge in this case stipulate and seek an order of the Court setting a briefing schedule on the City and County of San Francisco's Motion for Indicative Ruling on Rule 60(b) Motion for Relief from Judgment.

The City will file its motion and supporting papers on or before August 28, 2015 and shall notice the hearing on the motion for October 16, 2015.  Plaintiffs shall file any opposition to the motion no later than September 18, 2015.  Plaintiffs' counsel will be out of the country August 29 through September 7 and will be unavailable to file an opposition before then.  The City shall file any reply in support of the motion no later than September 25, 2015.

IT IS SO STIPULATED.

Dated: August 27, 2015        By: **/s/*J. David Breemer*
                                   J. David Breemer
                                   Attorney for Plaintiffs

Dated: August 27, 2015        By: /s/*Christine Van Aken*
                                   Christine Van Aken
                                   Attorney for Defendant City & County of San Francisco

**Pursuant to GO 45, the electronic signatory has obtained approval from this signatory.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  AUGUST 31, 2015        _____
                                HON. CHARLES R. BREYER
                                UNITED STATES DISTRICT JUDGE