IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEVIN, ET AL., | No. 3:14-cv-03352-CRB |
| Plaintiffs, | **ORDER RE COYNE V. CITY AND COUNTY OF SAN FRANCISCO** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The City and County of San Francisco is hereby ORDERED to respond to Levin's Letter of October 12, 2015 (dkt. 121) regarding whether Coyne v. City and County of San Francisco obviates the need for a Rule 60 indicative ruling in this case. The City is further ORDERED to respond by Wednesday, October 28, 2015.

**IT IS SO ORDERED.**

Dated: October 22, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE