1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    DANIEL LEVIN, ET AL.,                         No. 3:14-cv-03352-CRB

12              Plaintiffs,                          **ORDER RE LIMITED REMAND**
                                                     **FOLLOWING INDICATIVE RULING**
13        v.

14    CITY AND COUNTY OF SAN FRANCISCO,

15              Defendant.
      _____/
16

17         This matter comes before the Court on limited remand from the Ninth Circuit.  <u>See</u>

18    Attachment A to the Nov. 11 Letter from Christine Van Aken (dkt. 125) ("This matter is

19    remanded to the district court on a limited basis to permit the district court to consider the

20    pending Federal Rule of Appellate Procedure 60(b) motion.").  This Court stated in its prior

21    Indicative Ruling Order that:

22         If the Ninth Circuit authorizes a limited remand for this purpose, the Court will clarify
           under Rule 60(b) that its October 21, 2014 order and judgment enjoined enforcement
23         of "San Francisco Ordinance No. 54-14, S.F. Admin. Code § 37.9A(e)(3)(E), insofar
           as it requires the payment of the 'Rental Payment Differential,'" <u>see</u> Judgment (dkt.
24         93), and did not pass on the enforceability of the later enacted San Francisco
           Ordinance No. 68-15, <u>see</u> Memorandum of Findings of Fact and Conclusions of Law
25         (dkt. 92).

26    <u>See</u> Order Re CCSF's Motion for an Indicative Ruling (dkt. 124).

27    //

28    //

      //

The Court now enters the foregoing clarification under Rule 60(b).

**IT IS SO ORDERED.**

Dated: January 6, 2016

_____
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2