IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEVIN, ET AL., | No. 3:14-cv-03352-CRB |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

The Court of Appeals remanded this case for the Court to determine, in the first instance, whether it should vacate its judgment in light of the City's adoption of a new ordinance. See COA Order (dkt. 127) at 2–3; Judgment (dkt. 93). The Court ORDERS the parties to brief the issue. The City shall have 14 days to file an opening brief that is no longer than 15 pages. Levin shall have 14 days after the opening brief is due to file a response that is no longer than 15 pages. The City shall have 7 days after the response is due to file a reply that is no longer than 8 pages.

**IT IS SO ORDERED.**

Dated: April 10, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE